# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OCEANA, INC., <br><br> Plaintiff, <br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, <br><br> Defendant. | Case No. 3:24-cv-00279-SLG |

## ORDER ON JOINT PROPOSED BRIEFING SCHEDULE

Before the Court at Docket 19 is the parties' Joint Proposed Briefing Schedule. Upon due consideration, the Court hereby ORDERS as follows:

| | |
|---|---|
| Defendant's Motion for Summary Judgment shall be filed on or before | **June 6, 2025** |
| Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment shall be filed on or before | **July 7, 2025** |
| Defendant's Reply and Opposition to Plaintiff's Cross-Motion for Summary Judgment shall be filed on or before | **July 28, 2025** |
| Plaintiff's Reply shall be filed on or before | **August 18, 2025** |

DATED this 2nd day of April, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE