Oliver J. H. Stiefel, OSB #135136  
(503) 227-2212 | oliver@crag.org  
Alexandria Dolezal, OSB #223924  
(503) 224-0788 | alexandria@crag.org  
CRAG LAW CENTER  
3141 E. Burnside St.  
Portland, Oregon 97214  

*Attorneys for Amici Curiae*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OCEANA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, <br><br> Defendant. | Case No. 3:24-CV-00279-SLG |

## [PROPOSED] ORDER GRANTING ORGANIZED VILLAGE OF KAKE, HOONAH INDIAN ASSOCIATION, AND ORGANIZED VILLAGE OF KASAAN'S MOTION TO FILE BRIEF OF AMICUS CURIAE

The Organized Village of Kake, the Hoonah Indian Association, and the Organized Village of Kasaan moved for an order permitting them to appear as amici and file a brief of amicus curiae in this case. The motion is hereby GRANTED.

Tribal Amici are permitted to appear as amici, and the Court accepts the amici brief submitted with Tribal Amici's motion.

Dated this ____ day of _____, 2025.

_____  
Hon. Sharon L. Gleason  
United States District Court Judge  
District of Alaska

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July 2025, a true and accurate copy of the foregoing was filed electronically via the CM/ECF system by the United States District Court, District of Alaska.

DATED this 14th day of July, 2025

/s/ Oliver J. H. Stiefel

Oliver J. H. Stiefel

*Of Counsel for Tribal Amici*