MICHAEL J. HEYMAN
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
U.S. Attorney's Office, District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Bryan.Wilson@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OCEANA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, <br><br> Defendant. | CASE NO. 3:24-cv-00279-SLG |

## NOTICE OF APPEARANCE

Please take notice that E. Bryan Wilson, Assistant U.S. Attorney, hereby enters his appearance as lead counsel of record for Defendant United States of America, National Marine Fisheries Service, in the above-entitled matter in lieu of Dustin M. Glazier who is withdrawing from this matter and requests that copies of all pleadings filed be directed to him.

RESPECTFULLY SUBMITTED this July 15, 2025, in Anchorage, Alaska.

                                          MICHAEL J. HEYMAN
                                          United States Attorney

                                          /s/ E. Bryan Wilson
                                          Assistant U.S. Attorney
                                          *Attorney for Defendants*

**CERTIFICATE OF SERVICE**
I hereby certify that on July 15, 2025,
a true and correct copy of the foregoing
was served electronically on the following:

Rumela Roy (*pro hac vice*)
Andrea A. Treece (*pro hac vice*)
EARTHJUSTICE
*Attorneys for Plaintiff*

/s/ E. Bryan Wilson
Office of the U.S. Attorney

*Oceana, Inc. v. National Marine Fisheries Service*
Case No. 3:24-cv-00279-SLG        Page 2 of 2