# INDEX OF EXHIBITS
# TO SECOND DECLARATION OF JENNIFER FERDINAND
*Oceana v. NMS.*, 3:24-cv-00279-KFR

| Ex. | Description |
|---|---|
| 1. | National Observer Program FY 2022 Annual Report |
| 2. | Stock Assessment And Fishery Evaluation Report For The Groundfish Fisheries Of The Gulf Of Alaska And Bering Sea Aleutian Islands Area |
| 3. | Final BSAI Amendment 80 Program Review |
| 4. | Other-20211015081838-2009-2019 photo summary for Oceana - Interim Release #1 |
| 5. | 2022 Technical Memorandum - Human-caused mortality and injury of NMFS-managed Alaska MM stocks - noaa_44638_DS1 |
| 6. | AIS data pull example |
| 7. | AIS map image example |
| 8. | NOAA Fisheries Fact-Checks Orca Bycatch Photo Circulating on Social Media _ NOAA Fisheries |
| 9. | www.facebook.com_groups_181111123119023_posts_1368281014402022---(redacted) |
| 10. | www.facebook.com_groups_181111123119023_posts_1325776911985766---(redacted) |
| 11. | www.facebook.com_groups_181111123119023_posts_1407283887168401---(redacted) |
| 12. | www.facebook.com_groups_181111123119023_posts_1416405849589538---(redacted) |

13. www.facebook.com_groups_181111123119023_posts_1142013673695425_---(redacted)

14. www.reddit.com_r_anchorage_comments_mqji61_looking_for_information_on_crew_or_boat_do_you_ (2)

15. www.reddit.com_r_anchorage_comments_mqji61_comment_gujgzh4__context=3 (2)

16. www.reddit.com_r_Fishing_comments_mqjjv7_deleted_by_user_ (2)

17. Anchorage forum post timestamp

18. Fishing forum post timestamp

19. Naming comment timestamp

20. 2025-north-pacifc-observer-program-study-guide

21. KW Observer Records 05062023 06052023 06142023 and 06162023_Redacted

22. 07-14-2022_Redacted

23. 2019-2022 KW Fishery Name and Stock ID (except 7-11-2019 and 8-27-2022 PD whales)-Determinations_Redacted

24. 2019-2022 KW MMAP Reports_Redacted

25. 2019-2022 KW UIDs.xlsx - UID_Redacted

26. 2020-2022 KW Fishery Name for 7-11-2019 and 8-27-2022 PD whales_Redacted

27. 2023 Killer whale MMAP reports_Redacted

28. 2023 KW UIDs_Redacted